UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.             )<br>)<br>DARA BUCK       )<br>   A.K.A. DARA BUTLER  ) | CR: 422-65 |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Patrick J. Schwedler*

Assistant United States Attorney
Georgia Bar No. 812312

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 16th day of May, 2022.

                                                  Respectfully submitted,

                                                  DAVID H. ESTES
                                                  UNITED STATES ATTORNEY

                                                  ***/s/ Patrick J. Schwedler***

                                                  Assistant United States Attorney
                                                  Georgia Bar No. 812312

P.O. Box 8970
Savannah, Ga.  31412
(912) 652-4422